UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARROL J. RUIZ, | ) 1:07-CV-01233-SMS |
| | ) |
| Plaintiff, | ) ORDER TO PLAINTIFF TO SHOW CAUSE |
| | ) IN WRITING WHY THE ACTION SHOULD |
| | ) NOT BE DISMISSED FOR PLAINTIFF'S |
| v. | ) FAILURE TO PROSECUTE BY FILING AN |
| | ) OPENING BRIEF AND FAILURE TO |
| MICHAEL J. ASTRUE, | ) COMPLY WITH AN ORDER OF THE COURT |
| Commissioner of Social | ) (DOC. 6) |
| Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security (Commissioner) denying an application for benefits. The parties have consented to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1), and the matter has been assigned to the Magistrate Judge to conduct all further proceedings in this case, including entry of final judgment.

Plaintiff filed her complaint on August 21, 2007; on August 24, 2007, the Court served Plaintiff with a scheduling order in which the Court ordered that Plaintiff's opening brief was due

1

1  ninety-five days after the date of the filing of the
2  administrative record, which was deemed to be the Defendant's
3  answer to the complaint. The administrative record was filed on
4  January 15, 2008; thus, Plaintiff's brief was due on or about
5  April 20, 2008. However, a month has passed since the due date,
6  but no brief has been filed; further, no request for an extension
7  of time has been filed.

8      A failure to comply with an order of the Court may result in
9  sanctions, including monetary sanctions, as well as dismissal,
10 pursuant to the inherent power of the Court and the Federal Rules
11 of Civil Procedure. Fed. R. Civ. P. 41(b), 11; Local Rule 11-110;
12 <u>Chambers v. NASCO, Inc.</u>, 501 U.S. 31, 42-43 (1991).

13     Accordingly, it is HEREBY ORDERED that:

14     1. Within fifteen (15) days of the date of service of this
15 order, Plaintiff shall show cause in writing why this action
16 should not be dismissed for failure to file a timely opening
17 brief pursuant to the Court's scheduling order and for failure to
18 obey the Court's order; Plaintiff shall show cause in writing
19 because the Court has determined that at this point no hearing is
20 necessary; and

21     2. Plaintiff is informed that the failure to respond to this
22 order will result in a recommendation that the action be
23 dismissed.

24 IT IS SO ORDERED.

25 **Dated:   May 19, 2008**            /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE