McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS SBN 189450
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| CARROL J. RUIZ, ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Acting Commissioner of ) <br> Social Security, ) <br> ) <br>     Defendant. ) <br> _____) | CIVIL NO. 1:07-CV-01233-SMS <br><br> STIPULATION FOR EXTENSION OF TIME; <br><br> ORDER |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time up to and through August 9, 2008, in which to e-file his response to Plaintiff's Summary Judgment Motion. This extension is requested because the Administration needs more time to evaluate the defensibility of this case. Counsel apologizes for the delay and inconvenience and respectfully requests that the court grant this unopposed request for extension.

1 | Dated: July 8, 2008 | */s/ Denise Bourgeois Haley*
2 | | *(As authorized via e-mail on 7/08/08)*
  | | DENISE BOURGEOIS HALEY
  | | Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX

Dated: July 8, 2008                    By:  */s/ Theophous H. Reagans*
                                            THEOPHOUS H. REAGANS
                                            Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  7/8/2008                          /s/ Sandra M. Snyder
                                          SANDRA M. SNYDER
                                          United States Magistrate Judge