```
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, SBN 189450

     333 Market Street, Suite 1500
     San Francisco, CA 94105
     Telephone: (415) 977-8943
     Fax: (415) 744-0134

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Carrol J.B. Ruiz,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>　　　　　Defendant. | Case No. 1:07-cv-01233-**SMS**<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and<br><br>REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

　　　The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the above-referenced case be remanded to the Commissioner of Social Security for further administrative proceedings, pursuant to sentence four of 42 U.S.C. section 405(g).

　　　On remand, the Appeals Council will instruct the Administrative Law Judge to take the following action:

　　　1)　Re-evaluate the opinion of Dr. Leigh and if he rejects Dr. Leigh's opinion, provide specific and legitimate reasons for doing so;

1  2)  Reassess Claimant's residual functional capacity;
2  3)  Further evaluate claimant's mental impairment in
3      accordance with the special technique described in 20
4      C.F.R. § 404.1520a;
5  4)  Re-evaluate Claimant's credibility and the credibility
6      of the testifying witness and if he discounts
7      Claimant's subjective complaints or the testimony of
8      the witness, provide specific and legitimate reasons,
9      germane to the Claimant and the witness for doing so;
10 5)  If warranted, obtain supplemental evidence from a
11     vocational expert to clarify the effect of the assessed
12     limitations on claimant's occupational base; and
13 5)  Otherwise develop the record as needed.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff; and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

                              Respectfully submitted,

Dated: August 11, 2008     _____
                            *(As authorized* via E-MAIL)
                            DENISE BOURGEOIS HALEY
                            Attorney for Plaintiff


Dated: August 11, 2008     McGREGOR W. SCOTT
                            United States Attorney
                            LUCILLE GONZALES MEIS
                            Regional Chief Counsel, Region IX

                      By:  */s/Theophous H. Reagans*
                            THEOPHOUS H. REAGANS
                            Special Assistant U.S. Attorney
                            Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

**Dated:  August 12, 2008**              **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE